

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

The Villas of Mount Pleasant, LLC, d/b/a
Greenhill Villas, f/d/b/a Villas of Mount
Pleasant, Mt. Pleasant Operators, LLC, and
Lloyd Douglas, Appellants

No. 06-14-00045-CV          v.

Kyle King, Individually, as Administrator
of the Estate of Marilou Whatley King,
Deceased, and on behalf of the Wrongful
Death Beneficiaries of Marilou Whatley
King, Appellee

Appeal from the 276th District Court of
Titus County, Texas (Tr. Ct. No. 37,338).
Opinion delivered by Justice Carter, Chief
Justice Morriss and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Kyle King, pay all costs of this appeal.

RENDERED DECEMBER 31, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk